IN THE UNITED STATES DISTRIC COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TINA MARIE McGUIRE,** | : |
| Plaintiff, | : Case No. 2:12-cv-01084 |
| vs. | : JUDGE ALGENON L. MARBLEY |
| **COMMISSIONER OF SOCIAL SECURITY,** | : |
| | : Magistrate Judge Abel |
| Defendant. | : |

## OPINION AND ORDER

On September 10, 2013 the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 17), recommending that this Court affirm the decision of the Commissioner, denying Plaintiff's application for Supplemental Security Income benefits. The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so.  (*Id.* at 26-27).   No objections have been filed.

Since neither party has objected, and deadline for such objections elapsed on September 24, 2013, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation.  The decision of the Commissioner of Social Security is hereby **AFFIRMED**.  This case is hereby DISMISSED.

**IT IS SO ORDERED.**

　_s/ Algenon L. Marbley_
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED: October 15, 2013**